BRYAN SCHRODER
United States Attorney

WILLIAM A. TAYLOR
JAMES KLUGMAN
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: william.taylor@usdoj.gov
Email: james.klugman@usdoj.gov

CHAD W. MCHENRY
Trial Attorney
Organized Crime & Gang Section
U.S. Department of Justice
Email: chad.w.mchenry@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROY NAUGHTON, a/k/a "THUMPER",<br>GLEN BALDWIN, a/k/a "GLEN DOG",<br>COLTER O'DELL, and<br>CRAIG KING, a/k/a "OAKIE",<br><br>    Defendants. | )<br>)<br>)<br>)<br>) No. 3:19-cr-00026-TMB-DMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR RECONSIDERATION OF ORDER AT ECF NO. 219**

The United States respectfully requests reconsideration this court's order requiring the presence of a defense expert during DNA testing at ECF No. 219. Based on the text of the court's order and the fact that it was issued only seven minutes after the government's response was docketed, the decision may not have fully accounted for the reasons raised in the government's opposition – the limited utility an expert's presence would offer, the availability of ample alternative means to challenge the evidence, and the state laboratory's express policy prohibiting the defendants' proposal. The government recognizes that its response was one day after the deadline set by the local rules, and that any responsibility for the court's failure to consider its arguments in the first instance lie with it. But in light of the importance of this issue the absence of any meaningful prejudice to the defendants from the lateness of the filing, the government respectfully asks that the court reconsider its previous order.

RESPECTFULLY SUBMITTED July 31, 2019 at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

/s James Klugman
JAMES KLUGMAN
Assistant U.S. Attorney
United States of America

U.S. v. Fuhrer et al.
3:19-cr-00026-TMB-DMS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2019
a true and correct copy of the foregoing
was served electronically on the following:

Wayne Fricke
Brent Hart
Peter Mazzone
Cassandra Stamm
Bradly A. Carlson
Cynthia Franklin

/s James Klugman
Office of the U.S. Attorney

U.S. v. Fuhrer et al.
3:19-cr-00026-TMB-DMS