AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Alaska


RECEIVED
OCT 26 2020
United States Marshals Service
District of Alaska

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case Number: 3:19-CR-00026-TMB-DMS |
| vs. | ) | |
| | ) | USMS - D/ALASKA - WARRANTS |
| FILTHY FUHRER | ) | FID # 10841325 |
| *Defendant* | | WARRANT # 2106-1028-0116-J |
| | | Entered NCIC _____ |
| | | Entered APSIN _____ |
| | | Removed NCIC _____ |
| | | Removed APSIN _____ |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* FILTHY FUHRER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:1962(d) Racketeering Conspiracy-Ct 1; 18:1959(a)(5) and (a)(6) Vicar Conspiracy-Ct 2; 18:1201(c) Kidnapping Conspiracy-Cts 3,7,10; 18:1201(a)(1) Kidnapping Resulting In Death-Ct 4; 18:1959(a)(1) Vicar Murder-Ct 5; 18:1201(a)(1) Kidnapping-Cts 8,11; 18:1959(a)(3) Vicar Assault Cts 9,12

Date: October 23, 2020

s/Brenda Kappler, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, Alaska

Brian D. Karth, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10-28-2020, and the person was arrested on *(date)* _____

at *(city and state)* SEATAC  SUBJECT IN FEDERAL CUSTODY.

Date: 10/28/2020

_____
Arresting officer's signature

_____
Printed name and title