IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>      v.<br><br>CRAIG KING,<br><br>                             Defendant. | Case No. 3:19-cr-00026-TMB-SAO-5<br><br>ORDER ON DEFENDANT CRAIG KING'S TWELFTH MOTION *IN LIMINE* (DKT. 900) |

      The matter comes before the Court on Defendant Craig King's Twelfth Motion *in Limine* at Docket 900 (the "Motion").[1] Craig King asks the Court to "exclude from the jury any portion of his law enforcement interview where he invokes his rights to speak to counsel."[2] The Government does not oppose the Motion and says it will redact the interview as Craig King has requested.[3] The Court **GRANTS** the Motion at Docket 900 accordingly. The Government is precluded from presenting the portion of Craig King's law enforcement interview where he requests to speak to a lawyer.

      IT IS SO ORDERED.

Dated at Anchorage, Alaska, this 6th day of March, 2022.

                                                      /s/ *Timothy M. Burgess*
                                                      TIMOTHY M. BURGESS
                                                      UNITED STATES DISTRICT JUDGE

---

[1] Dkt. 900 (Motion).

[2] *Id.* at 1.

[3] Dkt. 951 at 2 (Non-Opposition).